**652**

**SONORA SERVICE CENTER, INC.**

v.

**Nellie Lee GRUNDY and Workmen's Compensation Board of Kentucky.**

Court of Appeals of Kentucky.

Jan. 19, 1973.

Armer H. Mahan, Louisville, for appellant.

John W. Bland, Jr., Hatcher, Lewis & Bland, Elizabethtown, for appellees.

Memorandum Opinion of the Court by Commissioner GARDNER, Reversing.*

**Michael A. CONNORS, Appellant,**

v.

**James Wood BUCHANAN, Appellee.**

Court of Appeals of Kentucky.

Jan. 19, 1973.

Rehearing Denied March 23, 1973.

Larry B. Franklin, Joe G. Leibson, Louisville, for appellant.

Ernest H. Clarke, Stites & McElwain, Louisville, for appellee.

Memorandum Opinion of the Court by Chief Justice PALMORE, Reversing.*

**Nelson COLLIER, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Feb. 2, 1973.

Coleman D. Moberly, London, for appellant.

Ed W. Hancock, Atty. Gen., Guy C. Shearer, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

**ISLAND CREEK COAL COMPANY and Old Republic Insurance Company**

v.

**Hershell Ray FIELDS et al.**

Court of Appeals of Kentucky.

Feb. 2, 1973.

Rehearing Denied March 23, 1973.

Fred G. Francis, Prestonsburg, for appellants.

Hershell Ray Fields: G. C. Perry, III, Perry & Greene, Paintsville, Special Fund: Gemma M. Harding, Dept. of Labor Louisville, for appellees.

Memorandum Opinion of the Court by Commissioner GARDNER, Reversing.*

* Opinion ordered not to be published.